**STATEMENT OF FACTS**

On Thursday, December 19, 2019, defendant MARK LEE RESCHKE (the "defendant" or "RESCHKE") was arrested for Contempt of Court for violating a condition of probation that required him to stay away from the White House grounds.

On October 4, 2019, RESCHKE was sentenced in Criminal Case No. 19-20 by U.S. District Court Judge Timothy J. Kelly to a term of 14 months' probation, following his conviction for Entering or Remaining in Restricted Building or Grounds, in violation of 18 U.S.C. § 1752(a)(1). As a condition of probation, the defendant was ordered, among other things, to: "stay away from the White House grounds, including the area bounded by I St. NW, 14th St NW, Constitution Ave NW, and 18th St NW," Washington, D.C., unless he had prior permission from the probation officer to be in that area.

On December 19, 2019, at about 12:24 a.m., RESCHKE approached a uniformed officer with the U.S. Secret Service ("USSS") while they were in the 700 block of 15th St., NW, Washington, D.C. The defendant initiated contact with the officer in order to speak with him about information the defendant wanted to give the officers. Another USSS officer recognized RESCHKE and advised the officers that the defendant might have an active stay away order from the White House.

The undersigned USSS officer was on bicycle patrol in the 700 block of 15th St., NW, when RESCHKE encountered the officers and I assisted them. I conducted an NCIC/Wales check of the defendant by contacting the USSS Joint Operations Center ("JOC"). I was informed by the JOC that the defendant had a prior arrest for unlawful entry at the White House and that he had a stay away order from the White House grounds, including the area where we were all located at the time.

While on the scene, an officer asked the defendant if he knew he was not supposed to be in that area, and the defendant said that he knew. There also was no indication that the defendant had permission from the probation office to be in the area at that early morning hour.

Since RESCHKE was within the stay away area, he was placed under arrest for Contempt of Court and transported to the Second District of the Metropolitan Police Department for processing.

Based on the foregoing, your affiant submits that there is probable cause to believe that the defendant violated 18 U.S.C. § 401(3), Contempt of Court.

_____

Juan Palacio
Officer, United States Secret Service

Sworn and subscribed to me before this 19th day of December 2019.

_____

The Honorable Robin Meriweather
United States Magistrate Judge