## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. 19-MJ-311 (RMM) |
| | : | |
| | : | VIOLATIONS: |
| | : | |
| v. | : | 18 U.S.C. 401(3) |
| | : | (Contempt of Court) |
| | : | |
| MARK LEE RESCHKE, | : | |
| Defendant. | : | |

### INFORMATION

The United States Attorney charges:

### COUNT ONE

On or about December 19, 2019, in the District of Columbia, the defendant, MARK LEE RESCHKE, did knowingly violate a valid Court Order issued in Federal case number 19-CR-020 (TJK) in the United States District Court for the District of Columbia, by entering and remaining within the area bounded by I Street, N.W., 14th Street, N.W., Constitution Avenue, N.W., and 18th Street, N.W., that is, the White House Complex and Grounds, without lawful authority to do so.

(**Contempt of Court**, in violation of Title 18, United States Code, Section 401(3))

JESSIE K. LIU
United States Attorney
D.C. Bar No. 472845

By: _____
DENISE CHEUNG
Dep. Chief, National Security Section
U.S. Attorney's Office
D.C. Bar No. 451714
Denise.cheung@usdoj.gov